# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 6, 2020

160585

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

STEVEN NICHOL,
        Defendant-Appellant.

_____/

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 160585
COA: 343738
Macomb CC: 2017-000677-FH

On order of the Court, the application for leave to appeal the October 8, 2019 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 6, 2020



Clerk

a0429